ROGER S. DOYLE
KERRY S. DOYLE
Doyle Law Office, PLLC
Nevada Bar No. 10876
Nevada Bar No. 10866
4600 Kietzke Lane, Ste. I-207
Reno, NV 89502
(775) 525-0889
roger@rdoylelaw.com
kerry@doylelaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JON RIOS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, EX. REL. DEPARTMENT OF PUBLIC SAFETY; DIVISION OF PAROLE AND PROBATION; LISA BRANNON; JACOB SOMMER; CHRISTOPER M. HOHNHOLZ; AND DOES 1-10; INCLUSIVE,<br><br>Defendants. | Case No.: 3:20-cv-438-LRH-CLB<br><br>**MOTION TO EXTEND TIME TO SERVE DEFENDANTS**<br>(First Request) |

Plaintiff, by and through his counsel of record, the DOYLE LAW OFFICE, PLLC, hereby moves for an extension of time to serve Defendants State of Nevada, ex. rel., Department of Public Safety; Division of Parole and Probation; Lisa Brannon; Jacob Sommer; Christopher M. Hohnholz.

On September 26, 2020, Plaintiff filed his Amended Complaint due to the receipt of new records and information after the filing of the initial Complaint in this matter. Plaintiff mailed Requests for Waiver of Service of Process pursuant to FRCP 4.1 to all Defendants on October 7, 2020 and responses to Rule 4 Waiver Requests are expected to be received on or before November 7, 2020.

/ /

1

Plaintiff has yet to receive any response from any Defendant to the Requests for Waiver of Service of Process.  As such, Plaintiff requests an additional 30 days from November 7, 2020 to finalize and effectuate service of process on all Defendants.

In accordance with Local Rule IA 6.1(a), this is Plaintiff's first request to extend time to serve Plaintiff's Amended Complaint, and this request is made in good faith and not for purposes of undue delay and will not unduly prejudice any of the parties involved in this action.

WHEREFORE, Plaintiff respectfully requests that the deadline serve remaining Defendants be extended to and including December 7, .2020.

**DATED** this 22nd day of October, 2020.

DOYLE LAW OFFICE, PLLC

By: ___/s/ Kerry S. Doyle, Esq._____
KERRY S. DOYLE, ESQ.
NEVADA BAR NO. 10866
Roger S. Doyle, Esq.
Nevada Bar No. 10876
ATTORNEYS FOR PLAINTIFF

IT IS SO ORDERED.

Dated:  October 22, 2020.

_____
UNITED STATES MAGISTRATE JUDGE