1  AARON D. FORD
   Attorney General
2  NATHAN L. HASTINGS (Bar No. 11593)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 Wright Way
   Carson City, NV 89711
5  (775) 684-4606 (phone)
   (775) 684-4601 (fax)
6  NHastings@ag.nv.gov
   Attorney for Defendants Lisa Brannon, Christopher Honholz, and
7  State of Nevada Ex. Rel. Department of Public Safety,
   Division of Parole and Probation
8

9  Roger S. Doyle, Esq.
   Nevada Bar No. 10876
10 Kerry S. Doyle, Esq.
   Nevada Bar No. 10866
11 DOYLE LAW OFFICE, PLLC.
   4600 Kietzke Lane, Ste. I-207
12 Reno, Nevada 89502
   (775) 525-0889
13 (775) 229-4443(fax)
   admin@rdoylelaw.com
14 Attorneys for Plaintiff

15                    UNITED STATES DISTRICT COURT

16                        DISTRICT OF NEVADA

17 MICHAEL JON RIOS                    )
18                                     )   Case No. 3:20-cv-438-LRH-CLB
                                       )
19              Plaintiff,             )
                                       )
20      vs.                            )
                                       )   STIPULATION and ORDER FOR STAY OF
21 STATE OF NEVADA, EX. REL. DEPT/ OF  )   DISCOVERY PENDING DECISION ON
   PUBLIC SAFETY; DISIVION OF PAROLE   )   MOTION TO DISMISS
22 AND PROBATION (DIVISION), et. al.,  )
                                       )
23              Defendants.            )

24      As the Division-related Defendants have raised the defense of qualified immunity in their initial

25 responsive pleading[1], IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

26 Michael Jon Rios, by and through counsel Roger S. Doyle and/or Kerry S. Doyle, and Division-related

27 _____

28 [1] See Behrens v. Pelletier, 516 U.S. 299, 308 (1996); Siegert v. Gilley, 500 U.S. 226, 231 (1991); Harlow v.
   Fitzgerald, 457 U.S. 800, 817-18 (1982) supporting the proposition that discovery should not be allowed and/or
   may be stayed until the threshold issue of qualified immunity is resolved.

1

1  Defendants by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

2  Nathan L. Hastings, Senior Deputy Attorney General, that discovery in this matter be stayed pending

3  the Court's decision on Division-related Defendants' Motion to Dismiss.

4

5  Dated this ___ day of January, 2021.                Dated this ___ day of January, 2021

6                                                      AARON D. FORD
                                                       Attorney General
7  Roger S. Doyle
   *Attorney for Plaintiff*
8                                                      By: _____
                                                           NATHAN L. HASTINGS
9                                                          Senior Deputy Attorney General
                                                          *Attorneys for Defendants*
10

11 IT IS SO ORDERED:

12     DATED:  January 11,        ,        , 2021.

13

14                                    _____

15                                    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2